

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00180-CV

| | | |
|---|---|---|
| CHILDREN'S MEDICAL CENTER OF DALLAS, Appellant | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-298913-18) |
| V. | § | January 27, 2022 |
| PROFESSIONAL AMBULANCE SALES AND SERVICE, LLC, A DELAWARE LIMITED LIABILITY COMPANY, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Children's Medical Center of Dallas shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack